LEWIS C. MARUZO ET AL. *v.* FALLS
MILLS ASSOCIATES, LTD.
(6963)

SPALLONE, O'CONNELL and FOTI, Js.

Argued March 17—decision released March 23, 1989

*John C. Driscoll,* with whom, on the brief, was *William N. Sebastian,* for the appellants (plaintiffs).

*F. Herbert Gruendel,* with whom, on the brief, was *Charles McPhedran,* law student intern, for the appellee (defendant).

PER CURIAM. There is no error.